IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CIVIL ACTION NO. 9:09cv210 |
| 1086 COUNTY ROAD 847, CUSHING, TEXAS 75760, NACOGDOCHES COUNTY INCLUDING ALL BUILDINGS APPURTENANCES, AND IMPROVEMENTS THEREON | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Motion for Summary Judgment (document #20) be denied. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Summary Judgment (document #20), filed by Claimants Pauline and Timothy Gillespie, is **DENIED**.

**SIGNED** this the 28 day of **October, 2010.**

_____
Thad Heartfield
United States District Judge